■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE HENDERSON, Appellant. [715 NYS2d 186] —Judgment unanimously affirmed. Memorandum: Contrary to defendant's contentions, the evidence is legally sufficient to support the conviction and the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495; *People v Smith,* 157 AD2d 810, *lv denied* 75 NY2d 970). In addition, contrary to defendant's further contention, there is not a " 'grave risk that an innocent [person] has been convicted' " (*People v Carter,* 63 NY2d 530, 536, quoting *People v Kidd,* 76 AD2d 665, 668, *lv dismissed* 51 NY2d 882). Defendant failed to preserve for our review his contention that comments made by the prosecutor during voir dire and summation diluted the People's burden of

proof (*see, People v Butler*, 214 AD2d 1014, 1015, *lv denied* 86 NY2d 791, 89 NY2d 920; *see also, People v Savage*, 267 AD2d 968, *lv denied* 94 NY2d 906), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Attempted Robbery, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.